D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Daniel Chaim Cohen, individually and on behalf of all others similarly situated<br><br>         Plaintiff,<br><br>-v.-<br><br>Nebula Holdings, LLC<br>John Does 1-25<br><br>         Defendant. | Case No. 1:18-cv-01408-NGG-RLM |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY AGREED TO** by the Plaintiff and Plaintiff's counsel, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be, and hereby is, dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: May 24, 2018           Respectfully Submitted,

                   */s/Daniel Kohn*
                   Daniel Kohn, Esq.

So ordered.
s/Nicholas G. Garaufis
5/24/18

                   **RC Law Group, PLLC**
                   285 Passaic Street
                   Hackensack, NJ 07601
                   dkohn@rclawgroup.com
                   Tel. 201-282-6500
                   Fax 201-282-6501
                   *Attorneys for Plaintiff*